# STATE OF MICHIGAN

# COURT OF APPEALS

JACK ESTES,

       Plaintiff-Appellant,

v

DANIEL RICHARD GREEN and PAUL
RICHARD GREEN,

       Defendants-Appellees,

and

FREEMONT INSURANCE COMPANY,

       Defendant.

UNPUBLISHED
July 5, 2018

No. 336595
Monroe Circuit Court
LC No. 15-137994-NI

Before: JANSEN, P.J., and SERVITTO and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

       I concur in the result only.

/s/ Douglas B. Shapiro

-1-